BEFORE THE SECOND DIVISION, JANUARY 18, 1950

**No. 53929.**—American Express Co. et al. *v.* United States, protests 138835–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53930.**—Eugene B. Baehr & Sons *v.* United States, protest 144338–K (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53931.**—W. T. Grant Company *v.* United States, protest 145538–K (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53932.**—Hal Delphin & Co. et al. *v.* United States, protests 146427–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53933.**—Armand Schwab & Co., Inc., et al. *v.* United States, protests 148461–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53934.**—Frederick Miller *v.* United States, protest 148570–K (A) (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53935.**—Bronston Hat Co., Inc., et al. *v.* United States, protests 149736–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53936.**—H. W. Brown et al. *v.* United States, protests 151254–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.